**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Corporate Express Document & Print Management, Inc., f/k/a Data Documents, Inc., a Nebraska Corporation,

Plaintiff,

vs.

Marcus Gernes, individually, and Express Printing and Distribution Inc., a Minnesota Corporation,

Defendants.

Case No. 02-251 PAM/RLE

**ORDER GRANTING THE PARTIES' JOINT MOTION TO STAY PROCEEDINGS**

---

The above-captioned matter came before this Court under advisement on the 29th day of August, 2002, upon the Motion of the Parties to stay all proceedings in this case.

Upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. That the Parties' Motion to Stay the Proceedings in the above-captioned matter is GRANTED.

2. All proceedings in the above-captioned action are stayed until one of the Parties request that the matter be place on the active calendar or December 7, 2002, whichever occurs first.

BY THE COURT

Dated August 29, 2002

Raymond L. Erickson
The Honorable Raymond L. Erickson
Magistrate Judge of U.S. District Court

FILED AUG 2 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK J.H.