UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Corporate Express Document
& Print Management, Inc.,
f/k/a Data Documents, Inc.,
a Nebraska Corporation,

Plaintiff,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

Marcus Gernes, individually
and Express Printing and
Distribution, Inc., a
Minnesota Corporation,

Defendants.

Civ. No. 02-251 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of December, 2002.

* * *

On August 29, 2002, an Order was issued that stayed the above-entitled case until one of the Parties request that the matter be placed on the active calendar or December 7, 2002, whichever occurs first. The parties have not requested that this case be placed on the active calendar, however, December 7, 2002, has passed, and neither party has informed the Court as to the status of this case. Therefore, a Rule 16 Pretrial/Status Conference is scheduled for **Tuesday, December 31, 2002, at 9:15 a.m.,** before Magistrate Judge

FILED DEC 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE