**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Corporate Express Document & Print Management, Inc., f/k/a Data Documents, Inc., a Nebraska Corporation,

Plaintiff,

vs.

Marcus Gernes, individually, and Express Printing and Distribution Inc., a Minnesota Corporation,

Defendants.

Case No. 02-251 PAM/RLE

**NOTICE OF DISMISSAL**

---

**PLEASE TAKE NOTICE** that the parties to the above-captioned action, through their undersigned attorneys, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, dismiss this action with prejudice and without award of costs or attorneys' fees to either party. The Court is hereby authorized and requested to dismiss said action with prejudice and without award of costs or attorneys' fees to either party.

Dated 12/26/02

**SEATON, BECK, PETERS, BOWEN & FEUSS,P.A.**

By ______________________
Alec J. Beck (#201133)
Barak J. Babcock (#290646)
7301 Ohms Lane, Suite 320
Edina, Minnesota 55439
(952) 896-1700

**ATTORNEYS FOR PLAINTIFF**

FILED JAN 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated 12-26-02

SPEETER, JOHNSON, HAMILTON
& WURST

By: ______________________________
Patrick V. Johnson (#51500)
1515 One Financial Plaza
120 South Sixth Street
Minneapolis, MN 55402
(612) 339-7566

**ATTORNEYS FOR DEFENDANTS**

**SO ORDERED:**

Dated: ______________________

______________________________
Honorable Raymond L. Erickson
Magistrate Judge

Pursuant to the Stipulation of the parties as set forth, IT IS HEREBY SO ORDERED.

Dated: 1/7/03

Honorable Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The latest amendments to the federal rules of procedure, (Civil, Criminal, Appellate and Bankruptcy), went into effect on December 1, 2002. The new amendments and related committee notes can be found at www.uscourts.gov/rules/amendments0202.htm.

One change is particularly noteworthy. That is Rule 7.1 of the Federal Rules of Civil Procedure. This rule requires that corporations file a "disclosure statement" whenever they initially appear as a party in a federal court action. The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more" of the stock of the corporate party filing the statement. The purpose of the disclosure statement is to help judges and magistrate judges identify potential conflicts of interest. (Similar disclosure statement requirements are prescribed by Rule 26.1 of the Federal Rules of Appellate Procedure and Rule 12.4 of the Federal Rules of Criminal Procedure.)

Beginning December 1, 2002, a Rule 7.1 Disclosure Statement must be filed by every corporation when it first appears in a federal action, even if the corporation merely reports that there is no parent corporation or publicly held corporation that owns 10% or more of its stock. These Disclosure Statements must also be filed retroactively, for every corporation which is a party to an action pending in this District as of December 1, 2002. The retroactive Rule 7.1 statements must be filed immediately.

It also should be noted that there have been extensive stylistic changes, (as well as a few substantive changes), to the Federal Rules of Criminal Procedure. Attorneys who appear in federal criminal cases should review the amended version of the Rules.